122 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARTIN L. BASKERVILLE, JR., DEFENDANT–
PETITIONER.

October 5, 2015.

Denied.